**Michael M. WEISS, Plaintiff-Appellant, v. K. McKinley SMITH, Defendant-Appellant.**

**No. 266, Docket 22338.**

United States Court of Appeals
Second Circuit.

Argued June 2, 1952.

Decided June 19, 1952.

Writ of Certiorari Denied Oct. 13, 1952.

See 72 S.Ct. 38.

Frederick Katz and David Samuelsohn, New York City, William H. Timbers, Morgan P. Ames, and Cummings & Lockwood, all of Stamford, Conn., of counsel, for plaintiff-appellant.

Hyman R. Friedman, New York City, Joseph K. Sherman, Stamford, Conn., of counsel, for defendant-appellant.

Before AUGUSTUS N. HAND, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of Smith, J., 106 F.Supp. 53.

**INLAND MOTOR FREIGHT, Inc., a Corporation and Pacific Highway Transport, Inc., a Corporation, Appellants, v. ANCHOR CASUALTY COMPANY, a Corporation, Appellee.**

**No. 13127.**

United States Court of Appeals
Ninth Circuit.

Aug. 14, 1952.

Brown & Brown, Spokane, Wash., for appellants.

Witherspoon, Witherspoon & Kelley, William V. Kelley, Jr., Spokane, Wash., for appellee.

Before STEPHENS, BONE and ORR, Circuit Judges.

PER CURIAM.

The District Court in a well reasoned opinion correctly decided the issues presented on this appeal. We affirm the judgment on the opinion of Judge Driver, 97 F.Supp. 841.